AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. M-25-1402-M |
| Oscar David GAMEZ-LOPEZ | ) |
| Honduras | ) |
| 2006 | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 8, 2025 in the county of Starr in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1001 | The Defendant, Oscar David GAMEZ-LOPEZ, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, namely, the United States Border Patrol by intentionally and willfully stating that he was a minor, when in truth and fact he is an adult.; |

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet.

Approved by AUSA Paxton Warner

/s/ Amber R. Broughton
*Complainant's signature*

Amber R. Broughton Supervisory Border Patrol Agent
*Printed name and title*

☒ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date: 06/12/2025 9:28 p.m.

*Judge's signature*

City and state: McAllen, Texas

Nadia S. Medrano Magistrate Judge
*Printed name and title*

# ATTACHMENT A

Oscar David GAMEZ-LOPEZ was encountered by Border Patrol Agents near Roma, Texas on or about June 8, 2025. Border Patrol records of the encounter list him as a Honduran national minor with the initials of O.D.G.L. and date of birth, XXXXXXXX XX, 2007. GAMEZ-LOPEZ was subsequently placed into the care and custody of Department of Health and Human Services (HHS) Office of Refugee Resettlement (ORR) on or about to June 8, 2025, due to him being processed by Border Patrol as an unaccompanied alien child (UAC).

On or about June 9, 2025, a Border Patrol agent assigned to research juveniles who came into Border Patrol custody investigated GAMEZ-LOPEZ's biographical data and discovered the defendant was possibly an adult illegal alien who was processed as a minor child under the age of 18. This information was conveyed to HHS for further investigation. Later that day, HHS received a written statement from GAMEZ-LOPEZ's mother stating that her son was born on XXXXXXX XX, 2006 and a copy of his birth certificate reflecting the year of birth as 2006.

On or about June 10, 2025, HHS received birth certificate authentication confirmation from the Honduran consulate stating that GAMEZ-LOPEZ was born on XXXXXXXX XX, 2006.

On June 12, 2025, Oscar David GAMEZ-LOPEZ, a citizen of Honduras, was provided with a Miranda warning, acknowledged understanding his rights, and agreed to provide a statement.

In that statement, Oscar David GAMEZ-LOPEZ admitted to being an adult and to providing Border Patrol agents a false date of birth after illegally crossing into the U.S., namely that of a minor with the initials of O.D.G.L. and date of birth, XXXXXXXX XX, 2007. GAMEZ-LOPEZ stated his true and correct date of birth is the same month and date but the year 2006. He stated his brother arranged for him to get to and cross into the U.S. illegally, but did not know how much he paid. Once GAMEZ-LOPEZ arrived at the U.S. border, he crossed the river on a raft and turned himself in to Border Patrol agents. GAMEZ-LOPEZ admitted he provided the wrong date of birth in order to convince agents that he was a minor for the purpose of being released into the United States. The information GAMEZ-LOPEZ gave Border Patrol agents—that he was a minor with the initials of O.D.G.L. and date of birth, XXXXXXX XX, 2007—is material to the U.S. Border Patrol to determine accurate alienage and immigration pathway.